UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENIA GUILLERMO,

Plaintiff,

-v.-

UNITED STATES OF AMERICA et al.,

Defendants.

26 Civ. 2226 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

Plaintiff Denia Guillermo brought this action on March 18, 2026. See ECF No. 1. On July 24, 2026, Defendant the United States moved to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(6). See ECF No. 15. On August 13, 2026, Plaintiff filed an amended complaint. See ECF No. 18. Accordingly, Defendant's motion to dismiss, ECF. No. 15, is hereby DENIED as moot. See ECF No. 17.

The Clerk of Court is directed to terminate ECF No. 15.

SO ORDERED.

Dated: August 14, 2026
New York, New York

Jennifer H. Rearden

JENNIFER H. REARDEN
United States District Judge