USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENIA GUILLERMO,

Plaintiff,

-v-

UNITED STATES OF AMERICA, ET AL.,

Defendants.

**ORDER**

26-CV-2226 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter requesting leave to withdraw as counsel for Defendant Ramon Compress ("Compress"). The request to withdraw is **GRANTED**.

In light of the withdrawal, it appears that Compress has not appeared in this action and was not served with a copy of the Complaint or First Amended Complaint. Pursuant to Fed. R. Civ. P. 4(m), the deadline for service was June 16, 2026. However, because Plaintiff reasonably believed Compress had appeared through counsel in this action, the undersigned *sua sponte* extends the deadline for service. Plaintiff must serve Compress with a summons and a copy of the First Amended Complaint by **October 5, 2026**.

**SO ORDERED.**

Dated: September 4, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge