USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 10/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENIA GUILLERMO,

Plaintiff,

-v-

UNITED STATES OF AMERICA, ET AL.,

Defendants.

**ORDER**

26-CV-2226 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's order at ECF No. 26, Plaintiff was directed to serve Ramon Compress with a summons and copy of the First Amended Complaint by October 5, 2026. To date, so far as the docket reflects, Plaintiff has not served Mr. Compress. The undersigned *sua sponte* extends the deadline for Plaintiff to serve Mr. Compress to **October 16, 2026**.

**SO ORDERED.**

Dated: October 6, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge