USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENIA GUILLERMO,

Plaintiff,

-v-

UNITED STATES OF AMERICA, ET AL.,

Defendants.

**ORDER**

26-CV-2226 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's Affidavit of Service. ECF No. 35. Based on the representation that service was effectuated pursuant to N.Y. C.P.L.R. § 308(4), the deadline for Defendant Ramon Compress to respond to the complaint is **November 9, 2026**.

**SO ORDERED.**

Dated: October 14, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge